UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HANAH MUKIRI,                    )<br>                                                )<br>        Plaintiff,                         )<br>                                                )<br>VS.                                         )<br>                                                )<br>MARYLEE COWDEN KELLOGG  )<br>HOLDINGS, LLC, GUY C. KELLOGG, )<br>Individually, and MARYLEE          )<br>COWDEN KELLOGG, Individually,  )<br>                                                )<br>        Defendants.                    ) | CIVIL ACTION NO.<br><br>3:22-CV-2574-G |

## ORDER OF DISMISSAL

The plaintiff's motion to dismiss with prejudice (docket entry 37) is **GRANTED**. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorneys' fees.

  **SO ORDERED**.

January 25, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**